3:20-cv-370-BJD-JBT

February 13, 2019

I am a 55 year old black female and a disabled Navy Veteran with a pronounced limp due to a naval injury. I was employed at Clara White Mission from February 2, 2015 until January 18, 2019. I feel strongly that Ju'Coby Pittman, CEO of Clara White Mission, discriminated against me in the following areas:

- Discrimination
- Religious Discrimination
- Retaliation

First, I will address the area of discrimination and the method of my termination. On Friday, January 11, 2019 at 3:00 pm Ju'Coby Pittman came to my office and told me that my position was being eliminated, therefore terminating my employment. I had just returned from my holiday vacation that Tuesday, January 8, 2019. On Monday, January 7 2019 she told me to report off vacation to work her Kick off Campaign for City Council. I came off vacation to do so. When I begin working for the Mission in 2015, I was immediately placed on her campaign staff. I had no choice in the matter. Every Saturday I was made to come and answer phones along with staff members, Erwin Maitien, Sharon Wright and Chef Keith Smith. I quickly learned if you were Mission staff this was a part of your duties. I observed that while each staff member had different roles, the Chef Keith Smith was responsible for cooking the lunch for the crew. I did not know at the time the food provided came from the Clara White Mission kitchen. Once I learned the resources of the Mission were being used I was concerned. Having worked in nonprofit organizations for 20 years, I knew that the political campaigning and the Mission should be separated but I needed my job. This went on every Saturday until the election was over. I was never compensated for my time. A number of Clara White employees were there working also, so it was made obvious this work and donating to her campaign were expected. I mention this because on Monday, January 7th, I was called off vacation to work her campaign and let go from my job on January the 11th. According to The Civil Rights Act of 1964 42 U.S.C. 2000E ET SEQ ("Title V11) I am protected from acts of discrimination.

**I was told that my position was being terminated, when she came into my office without the participation of Pat Bell, my Supervisor and Human Resources representation, Carolyn Harold, CFO) or any termination paperwork, and was told the following:**

- **I should have let you go in November of last year**
- **I need to reconstruct the Mission**
- **We have a shortage of funds and are making budget cuts and three positions will be cut**
- **If I don't do this I could lose my job**
- **I need to have something to tell the Board at my upcoming Board Meeting on January 24, 2019**
- **The position of Marketing Director is being terminated but you really don't do marketing Angela is doing that, I had you doing more special events and fundraising**
- **You have other military income**
- **I will give you two weeks' severance pay, which on January 16th tried to hold over my head and force me to work until January 31st or she told Carolyn Harold CFO/HR Director she would reduce to one week**

This was a violation of my civil rights The Civil Rights Act of 1964 42 U.S.C. 2000E ET SEQ ("Title V11) I am protected from acts of discrimination. As an employee, she had no paperwork to hand me, no supervisor present, and with a smug smile on her face, told me my job was over. Ju'Coby gave this news to me in all of five minutes then abruptly left the Mission with her daughter. She had more important things to do and never gave a care that her words and actions had changed my life. In the years I have been at the Mission I have never in my Navy career or professional nonprofit career seen a person terminated from their position without proper preparation. Ju'Coby acted as if she could care less - the task was done.

- **On January 16th Ju'Coby instructed Carolyn Harold to give me paperwork on my termination. Carolyn was told to offer me a contract position doing all the work I was currently doing from home for the rate of $20,000 a year. I informed Carolyn that was $32,900 lower than my current rate and**

it was illegal to ask me to contract doing my same job description at a lower rate. I informed Carolyn that as a contractor I would be willing to work for $50 to $75 an hour as I had been offered at my last job at Gateway Community Services. The illegal contractor's job was off the table as the rate of $20,000 was nonnegotiable.

**Now to address the comment of Angela Spears during my termination speech:** Sometime in June of 2018 Ju'Coby, received grant money to assist with the marketing of the Mission. She then took that money and hired one of her political friends Angela Spears of (Angela Spears Communications) to begin doing marketing. Angela is a news journalist and worked in the office of Mayor Alvin Brown's office in the area of communications. Angela Spears recently began her own company and was looking for clients. Ju'Coby did not speak with me, her Marketing Director that the grant money given for Marketing would go to hire her political friend Angela Spears. The Clara White Mission is a 501(c) 3 and politics should not be mixed with Mission business.

Ju'Coby took a grant and hired Angela Spears instead of using funding for marketing items we were in need of. Angela Spears was paid to do a job I was already doing such as social media posting, updates and video productions which were handled by James Coleman and I. James Coleman, a Clara White Mission Instructor, would videotape the events and he and I would discuss how the video was to be produced and edited. Together James Coleman and I were doing video productions for the Mission. Now Angela was given this task and told to use Coleman's footage and my ideas. Angela took down our Facebook page with 5,000 followers and started a new page which now has about 250 followers. This was not an effective move. My position as Marketing Director was being handed over to Angela Spears, her political friend, instead of me. Ju'Coby was putting in place my firing which was soon to come. It appears that Ju'Coby was doing this for her personal and political reasons. Angela had a background as a journalist working for Mayor Brown. This could help her political aspirations in my opinion. I have worked in the area of Marketing for over 10 years and am degreed in Communications.

Ju'Coby and Angela continued their friendship outside the office often attending various social events. Now we have a friend doing favors for another friend. Ju'Coby, months prior to June 2018, (just before her hiring of Angela Spears) had spoken to me saying if she had an employee that she felt was no longer benefiting her then she would find someone who could.

Ju'Coby uses her position as CEO to threaten and instill fear in people to keep them in line. Each time she would host an employee meeting she voiced intimidating statements of removal of people to create an atmosphere of fear among her staff. I believed as a female disabled veteran, I was protected from discrimination stated in The Civil Rights Act of 1964 42 U.S.C. 2000E ET SEQ ("Title V11) I am protected from acts of discrimination.

- **Ju'Coby would often mock the way in which I talked. She I spoke white.**
- **In employee meetings she would rudely interrupt my reporting to made me appear stupid. Staff Following the meetings, staff would ask me what she had against me. She did this often.**
- **Ju'Coby is all about image and once I started walking with a limp she was always looking at me remarking on the cream I used to help with knee pain. She thought it smelled. This cream was proscribed by my doctors.**
- **As a result of the stressful pressures of constant calls after work hours, the constant weekend work with no compensation I sought help through the VA hospital for stress. Ju'Coby is a very overpowering presence. She treats her workers like slaves and she is the slave master.**

Once Angela was hired, **Sharon Wright, Vice President of Operations, informed me not to make waves as this was a friend of Ju'Coby's and this would jeopardize my employment. This was done in June, 2018, a week after Angela Spear's hire).** Sharon Wright had given me advice once before when Ju'Coby fired Erwin Matien which was over the Veterans not to say anything because Ju'Coby was waiting on me to comment on this disabled veteran losing his position and the outcome would not be good for me. Once Angela was hired I was asked to take pictures for her and let her post them on social media taking the credit for my work. Ju'Coby saw nothing wrong with this nor parading her around any public setting and embarrassing me. I was continually asked why Angela Spears was now doing my job. I was forced to grin and bear it in order to keep working at the Mission.

When I arrived at the Mission in February of 2015, Ju'Coby brought me there to take Abner Davis' job as Marketing Director. He was still in place when I got there so she stuck me in her Executive Assistant's office. The same pattern she used against Abner she was using against me. I did not know that Abner would still be in his role when I arrived. **I WAS TOLD I WOULD BE REPLACING HIM.** Ju'Coby appears to have a repeat pattern of pitting people against each other causing unrest and deceit in the workplace. She would continue having me do the work giving Angela the credit as she was being paid out of this grant. Staff were to commenting that Ju'Coby was setting me up and to be on the watch for her. I thought because the organization took care of veterans and received funding for veterans that she would have respect for a disabled veteran. I should have stopped to realize the people she was removing from the Mission were veterans with disabilities. Ju'Coby had already removed Erwin Maiten, Rhonda Stansberry, myself and John Stafford. We are all veterans with disabilities and Mr. John Stafford is an older veteran in his 80's. These veterans all have college degrees. We all have traveled and worked at professional companies. I am unsure of other employee's having degrees and qualifications. I say this because I was given a card to say I was qualified in Hazmat by Sharon Wright, Vice President of Operations, when I never took the training. It appears other staff members' qualifications may also be fraudulent in some areas...

Angela Spears became all things marketing. Even though I was taking the photos, updating the web, planning special events, she acted as though Angela was her Director of Marketing. Suddenly nothing marketing could be posted or approved without Angela's confirmation. Suddenly I was being forced to work and answering to a contractor Ju'Coby's new-hire that she was using to replace me. I was working on special events and fundraising which was also a large part of my job responsibilities. Soon I had to get with Angela on her thoughts for designs for Save-the-Date cards for events. Angela now had to be consulted for her input on the theme for the Pearls and Cufflinks event. Ju'Coby had begun increasing her role beyond her contract of social media posting and website design. Angela became involved in all aspects of my job June 2018-January 2019. Even when the funding ran out, Ju'Coby continued to pay Angela to contract. I had to provide Angela with any marketing material and photos she needed in order to do her job. Soon Angela was working on the website which turned out to be a disaster. The new site she presented to the Mission was plagued with problems. Angela marketed herself as a web designer but, in fact, had to work with a designer to build the website. I was called over to her office on three occasions (around November, 2018) because she wanted my help in writing copy for the site that Ju'Coby was paying her for. I was instructed by Ju'Coby I was to do what Angela needed me to do. Not only was Angela taking my job but Ju'Coby was making me comply to assist her because she did not have the skills to do the job. Angela got to the point she no longer showed up to the Mission bringing her laptop to my office and working now she required me to come to her office. Ju'Coby made it more than clear I was to get along with Angela or my job would be jeopardized. She was using my knee injury against me to make it seem as though I was unable to do my job. She often complained about the smell of the cream the doctors prescribed for me knee. It was at one point she told me not to take the knee injections my doctor offered to help with my knee pain. She was paying attention to the way I walked and how careful I was when taking steps. I was helping out at café, placing tables during set up, working on events with set up and break down, still doing her Facebook live feeds even when she would act as though I was not able to carry out my job, yet I was doing exactly that. I never quit and continued my job requirements. Angela continued being paid and I continued providing her with the items she needed. Ju'Coby used the fact I was disabled to keep me from saying how unjust this whole situation was. The consequences would be the loss of my job which occurred anyway as this was always the plan. Angela took on the job of creating a new website for the Mission. It turned out to be a complete disaster and was later taken down. I was suddenly given the job to clean up Angela's mess but Angela was kept on receiving payment for the work I was doing. I was tasked with finding a web designer that could go in and fix many problems Angela was responsible for. I was not allowed to say anything against Angela. The web copy this former journalist wrote had to be rewritten because she did not fully understand the Mission or what she was writing. I was tasked with going over to Angela's office and helping her write copy as she was having trouble doing so. I remind you again Ju'Coby hired Angela to do marketing but Angela begins very quickly to make excuses why she could not attend or handle what she was being paid to do and called me. The disrespect continued as Ju'Coby was made aware of this by me but again found no issues with Angela.

**How my supervisor was informed of my termination:**

My Supervisor, Pat Bell came in after my five-minute meet with Ju'Coby  Friday, January 11th) wanting to go over website issues I was working on.  I told her what had just occurred with Ju'Coby and she was shocked. Ju'Coby was in Pats office just minutes before coming into my office and never mentioned to her what she was about to do.  Pat's office was next door to mine. Pat Bell had been made my supervisor months earlier because Ju'Coby was out of the office handling her City Council position and was seldom around. The only time I heard from her is when she wanted Merle or I to work on her City Council stuff such as programs or flyers. Pat Bell my supervisor was shown no paperwork on my termination was not consulted and was never brought in on the process. I had absolutely no representation during this process.

On Monday, not knowing what I was to do, I returned to work and spoke with Carolyn Harold our HR person. She was shocked that Ju'Coby had told me of my termination in this manner and wanted to speak with me on how this all happened. Carolyn said she was going to phone Ju'Coby and go over this with her as she was not in the office. Carolyn came to my office on Monday, January 14th and told me that Ju'Coby wanted to offer me a contractor's job.  This would have me working doing everything I normally did from home and they would pay me $20,000 a year instead of the $52,900 I was currently receiving. Carolyn said you will be able to work from home and we will pay you $1660 a month. This was never a valid offer as Carolyn came back to me the next day and told me I could leave on the 15th. **Ju'Coby arrived on, January 16th and came to my office again with no HR or my supervisor and told me she was ok with me not contracting**. She told me she would give me two weeks' severance. This second meeting with Ju'Coby consisted of no supervisor, no paperwork on the termination and no instructions on the exit procedure. This meeting was five minutes long as she needed to get to City Hall.

I informed Ju'Coby that Carolyn Harold/ CFO/HR had told me I could leave the 15th of January as the termination had been given.  I was asked to work until the 18th in order to do a turnover with Merle the Executive Assistant on the upcoming events. Merle Wright has no degree or experience in working in fundraising or marketing.  Merle works in administration but would now be tasked to do the job I was doing for the last 4 years.

On January 16th I received my requested termination paperwork from Carolyn Harold. This took from January 11· 2019 January 16· 2019.  It stated I was going to receive one week severance pay not two weeks.  I contacted Carolyn about this as she had presented me with the paperwork.

She told me Ju'Coby had decided she wanted me to stay to the end of the month and if I did not she was only giving me a week of severance. I told her that was not the deal.  The retaliation had begun. Carolyn asked me to take it up with Ju'Coby, she was following orders.  I did so and Ju'Coby told me it was all a big mistake I would get two weeks.  **It was now January 17th and there was no follow up on the letter revision**.  I had to call Carolyn at home and she came in and finally gave me the revision. She then told me "you got what you want so you can now leave." I asked why Ju'Coby was holding the severance over my head in order to now make me work to the end of the month.  If I had been asked to do this I would have done so. This was not the deal.  I was to leave on the 18th. Carolyn went on to say, I had to come do this on my day off to do this letter.  The letter came on the 17th around 1:00pm. Carolyn asked me why I was reading the letter when she handed it to me. I told her I wanted to be sure it was correct.  I again had no supervisor present now only HR /CFO Carolyn Harold. Ju'Coby was working at City Hall this day.  This would be the third time I was brought into a situation without the proper termination methods, no supervisor, Pat Bell, no Ju'Coby only Carolyn with a letter signed using Ju'Coby's electronic signature.  I asked for an exit interview.  Carolyn said she did not want to discuss it any more. I asked her if I was being refused an exit interview. She finally said say what you have to say.  I recorded that interview.

**Exist Interview: Conversation**
- Saying to me that my termination did not matter because I had other income coming in from the military and this termination should not hurt me. (my disabled veterans pension was not their business)
- Terminated without having a supervisor present, nor any HR representation and no paperwork

- Ju'Coby informing me Marketing Directors' position was being terminated but my job was really special events and donors' relations.
- Denied mileage while Shelia Jefferson, Abner Davis, Kevin Carrico, John Stafford all received mileage
- Forced to use my own vehicle
- Denied a company cell phone while, Robert White, Sharon Wright, Catering staff Nikkie, Erwin Maiten all had cell phones. My personal Cell number was given out by Ju'Coby Pittman and Carolyn Harold and front desk staff when supporters and donors needed to reach me.
- Working additional hours after work, weekends, receiving calls on my days off by Ju'Coby Pittman and staff member, Merle Wright, Sharon Wright and any other staff that needed my assistance
- Using my own money to purchase items for the Mission and forced to wait on reimbursement
- Forced to work in the Moncrief property doing a farmers market which had nothing to do with my job when the White Harvest Farm staff was not required to work
- Endangered by working sometimes alone in Moncrief house (5298 Moncrief Road) 9:00-2:00pm which is a high-crime area knows I had a knee injury and there were no cameras to offer protection (five-room structure with the front door and the back area as the only way out of the structure. Windows had burglar bars on them) October, 2015-December, 2017
- Complaints concerning my safety as a women working in this area ignored, when alarm would go off in building the police would not even come to the location
- Endangered by being sent alone to the Riverside North property (2711 Edison Avenue) and never told, like the Moncrief property, it had been broken into many times
- Being mocked by the CEO and pointed out that you Carolyn Harold had called me Blondie and remarked that when I joked and said I was 35 asked me if that was in dog years. The disrespect from the top was blatant
- Embarrassing me in employee meetings by cutting me off and not allowing me to have a voice while giving my report. Other staff members such as Sharon Wright, Vice President Operations, Merle Wright Executive Assistant, Meg Fisher, and Shelia Jefferson were not treated in this manner but given professional respect. Ju'Coby made the environment hostile for me and showed the other staff members she had little respect for my report. The staff often ask me why I allowed her to treat me so disrespectfully. My answer was I was just trying to keep my job.

- Sexual harassment complaint against Calvin Reed that was never handled even after I spoke with Ju'Coby and Sharon Wright his supervisor. It was left unchecked. Finally Calvin Reed was involved in a car accident and could no longer work at the Mission.
- The ongoing **hostile environment** I was forced to work in from February, 2015-January, 2019
- **Refusal to let me view or copy my personnel file.**
  In my personnel record is an apology email I wrote to Ju'Coby when she called and jumped on me for a misunderstanding she had with a camera installer named Shawn. Shawn asked me to have Ju'Coby reach back out to him on a camera installation proposal. She did not and, as a result of that, he wrote her a stinging email and copied me. On my day off she called me and accused me of offering Shawn the job without her consent. This was not true, I never had the power to hire or fire anyone. I asked if we could get Shawn on the phone to clear up the matter as all I had done was ask her to call him back. While she was shouting and accusing me of this, I said Lady did not say this. She went off on me further and said calling her lady was disrespectful. I apologized. Sharon Wright asked me to write an apology email to Ju'Coby as she was upset with me. I did so to keep the peace and Ju'Coby had this placed in my personnel folder. She failed to mention how she belittled me and treated me as though I was less than her. This matter was not forgotten by Ju'Coby. She tends to harbor resentment and will retaliate against you when you least expect it. I have experienced her wrath on several occasions.

**Interruption of my religious church attendance practices:**

I would also like to address other areas of discrimination. I was forced to work seven days a week when we were starting up the White Harvest Farmers Market (October, 2015-March, 2016.) I worked at the market as Farmer market manager for one year and half. Abner Davis (black male) who was there told me he took off after he was made to work on the weekend or after hours and I should get time too. I asked Ju'Coby if I could be off during the week to offset my time. She reluctantly agreed. The days off consisted of phone calls from Ju'Coby thus making me work during my scheduled time off. I took a lot of static from the staff which resulted in hostile behavior towards me. I was never paid any overtime for working on the weekend, I never received any mileage pay, and I drove from Orange Park to Moncrief and then back to the Mission each Saturday and Sunday. There were times when I was forced to use my car to transport fruit and veggies being bought and paid for from the local farmers market. I DID NOT WANT TO DO THIS: I was driving a new 2016 Toyota Corolla. My vehicle was not purchased as a Clara White Mission transport car.

There were other employees given a mileage check each month or the opportunity to drive a company vehicle. This was never offered to me. I questioned the CFO Carolyn Harold about it all the time telling her it was unfair. I was told I was not getting mileage and as a salaried employee I could be worked anytime and no extra pay had to be given. I stated if I was off Ju'Coby called me any hour of the night or texted me, this placed me back on the clock. She placed me in the middle of everything. If I was on vacation she called in church she called with my brother at the doctor. She was clear that it was my job to be at her beck and call. I am a Christian woman and often spoke with Ju'Coby about my wanting to turn the market over so that I would get back in church. Working every Sunday destroyed my chances of going to church. This was a violation of my religious practices. After two years of going to the market ( October, 2016-December, 2018) where for the first three months I worked alone in a building in an area of high crime with no protection, Keith was sent to stay with me during working hours. I was not told the building had been broken into and my working there was unsafe. I want to state again. I am a disabled veteran with a knee issue and would not have been able to evade trouble if it had come walking through the door. The Farmers market has five rooms. Ju'Coby continually put me in harm's way. The stress of working at the Mission was overwhelming. I begin speaking with my Veteran doctor about my job and they advised I slow down before I begin facing health issues. My blood pressure was always high when I came in for appointments. This was a result of my just leaving the Mission and its hostile atmosphere.

Once a new person was chosen after two years to take over the market, I was still required to go over on Fridays alone and set the market up for the new-hire, a friend of hers. This is the deal she made with Jennifer Harris the new person. I was finally going to be able to get out of the market and continue with Church. I became a member of Lifepoint church and begin singing in the choir. I was now active to practice my religious beliefs. Ju'Coby then decided she would have me be the lead person to handle mobile farmers markets which where to take place on the 1st and 4th Sunday. I again voiced my concern and was overruled. I and her chef, Keith were made to do these mobile markets whether we wanted to or not. The other staff had an option in whether they came to the market but we did not. Needless to say, other staff rarely, if ever, participated. I was lucky that only four markets were scheduled and one fell through. Ju'Coby could have cared less if I made church or not. I was forced to lie and tell people what we were selling came from the farm when it in fact did not but from the local farmers Market on Beaver Street. I did not like being placed in the position as a liar.

## My start at Clara White:

I would like to back track and say when I started at Clara White and she brought me on to take Abner Davis' place as Market Director. I arrived but was made to take the place of Debbie, her Executive Assistant. This was not our agreement. I soon found out Ju'Coby dealt in deception. Abner was still employed there but she was setting him up for firing, using me as her weapon. She did the same thing with me using Angela Spears. I wondered why my reception there was greeted with a hostile response only to find out she told her staff, I was replacing Debbie, her Executive Assistant, because she was doing a favor for the Former Congresswoman, Corrine Brown taking me on due to a promise she had made her friend. This was a lie. I was hired as Executive Marketing Director at a rate of $50,000 a year. Ju'Coby sent me a letter saying my rate would be $45,000 a year. I spoke to her about the discrepancy and she told me in six months she would have me at the agreed salary and would pay me retroactively. I had already quit my previous job so I agreed to wait for the $5,000 a year increase

for six months. She told me there was a delay in grant funding. I believed her. I was given the increase eighteen months later. No retroaction was given. Ju'Coby believed it was ok to treat me in this discriminatory fashion because I was a disabled veteran and needed to work. When annual reviews were done, she kept saying she had not forgotten our pay agreement and I would be taken care of. When Kevin Carrico, former Vice President of Operations (white male) left after he turned in his resignation, he was paid for one year after he left. I mention this because there is a clear difference between how black and white employees are treated by Ju'Coby. Black employees are questioned on everything, but she calls you a liar and expects you to prove to her what you say. There is a difference in pay also. I was recruited to come work for Ju'Coby by her former Board Chairman, Ed Perez. I was not offered a sign-on bonus like Kevin Carrico and I was not even paid my correct salary until after a year and a half. Currently she has a new chef there named Victoria who has been allowed to talk to black staff in any manner. Victoria and I clash over my job responsibilities that she then want to take on such as working with St. John's Cathedral on café set up, special event projects and deals I negotiated for Mission with food vendors. Ju'Coby stood with Victoria. Ju'Coby asked why I was handling the vendors and the church and I informed her when Abner the former Marketing Director left, I inherited his job responsibilities and this was what I had been doing for the last two years. She told me to keep our conversation quiet and then told Victoria she had handled me as I was in error. Victoria is white. With Ju'Coby the black employee is always wrong. She feels she is doing you a favor by hiring you.

Being totally disrespected by Ju'Coby is an everyday norm. If I had had any idea of the level of disrespect, deceit and the hostility of the work environment, I would not have agreed to take on this job. My military training taught me to endure and stay true to your commitments. This, and the promise I made to former Chair Ed Perez, is what convinced me to stay. I also was proud to be able to help other veterans and individuals that were in need of help and compassion. The history of Clara White Mission is a rich one. It saddens me that Ju'Coby Pitman thinks she is the Mission and fails to remember the blood sweat and tears of one Dr. Eartha M.M. White who strived to help others who could not for any fault of their own help themselves. The Mission does not belong to Ju'Coby Pittman but sadly she has forgotten that.

Respectfully,


Rosa Nicholas